Wright and Another *v.* The State, ex rel. Varty.

---

WRIGHT and Another *v.* THE STATE, *ex rel.* VARTY.

PRACTICE—CLERK.—Whatever of the proceedings of a Court should be brought before the Appellate Court, by bills of exceptions, can not be incorporated into the record of the cause, by the mere entries of the Clerk; and if they are so incorporated, they will not be available as parts of the record, on appeal. See *Wilson* v. *Truelock*, 19 Ind. 389.

APPEAL from the *Pulaski* Circuit Court.

*Per Curiam.*—Suit upon a guardian's bond. *Grover*, the principal, appeared and answered. *Wright* was defaulted. The Clerk says, that after the default, *Wright* came in and filed an affidavit, which he can not find, and asked that the default be set aside, which the Court granted, upon condition that he should plead to the merits of the action, and not a dilatory plea, and that *Wright* refused to accept the condition, and so the cause was heard and final judgment rendered against the defendant. We do not know whether the Court

would agree to this narration of the Clerk, or not.    It has not said so by signing a bill of exceptions.

The appeal is dismissed with costs.

*J. P. Usher*, for the appellants.

*D. D. Pratt* and *D. P. Baldwin*, for the appellee.